OPINION — AG — **** STATE BUREAU OF INVESTIGATION — RETAINING DATE ON EXPUNGED RECORDS **** THE STATE BUREAU OF INVESTIGATION MAY RETAIN INVESTIGATIVE DATA RELATING TO AN INDIVIDUAL WHOSE VERDICT OR PLEA OF GUILTY HAS BEEN EXPUNGED FROM THE RECORD IN SEPARATE FILES NOT TO BE DISSEMINATED BY THE AGENCY. CITE: 63 O.S. 1972 Supp. 2-410 [63-2-410], 22 O.S. 1972 Supp., 991 [22-991](C) (MICHAEL CAUTHRON)